NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY VANDERHOEF, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br> CHINA AUTO LOGISTICS INC., TONG SHIPING, *et al.*, <br><br> Defendants. | Civil Action No.: 18-cv-10174 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before Court on the motion to dismiss plaintiffs Zhengyu He, Harold Brooks Moss, and Andrew Pagliara's (collectively "Plaintiffs") First Amended class-action Complaint (ECF No. 17, "FAC"), filed by defendants Tong Shiping, Cheng Weihong, and Wang Xinwei (the "Management Defendants"), and Lv Fuqi, Yang Lili, Bai Shaohua, and Howard Barth (the "Director Defendants") (collectively "Defendants"). ECF No. 93. Defendants seek dismissal of the FAC pursuant to Fed. R. Civ. P. 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 (the "PSLRA"). *Id*. Plaintiffs opposed the pending motion (ECF No. 94), and Defendants replied. ECF No. 99. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 30 day of July, 2021;

**ORDERED** that Defendants' motion to dismiss (ECF No. 93) is denied.

**SO ORDERED**.

                                                                  _____
                                                                  **CLAIRE C. CECCHI, U.S.D.J.**