

Joshua Baker
jbaker@rosenlegal.com

February 17, 2022

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Square, Courtroom PO 08
Newark, NJ 07101

Re: <u>Vanderhoef v. China Auto Logistics, Inc.</u>, No. 2:18-cv-10174-CCC-ESK (D.N.J.)

Dear Judge Kiel:

We represent Lead Plaintiffs in the above-referenced action. After conferring with counsel for Defendant Howard Barth we submit this joint letter on behalf of Lead Plaintiffs and Mr. Barth, requesting that the Court enter the attached Discovery Confidentiality Order. The attached order is substantively identical to the form order provided as Appendix S to the Local Rules for the District of New Jersey. The other Defendants have not retained new counsel and our attempts to contact them have been unsuccessful.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Joshua Baker*
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046

**PONTEM LAW, LLC**

By: /s/ *Carl E. Volz*
Carl E. Volz
65 West Jackson Boulevard, #119
Chicago, IL 60604
(708) 601-0261
carl.volz@pontemlaw.com

*Counsel for Defendant Howard Barth*

1

THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, SUITE 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: (215) 600-2817 ♦ FAX: (212) 202-3827

Tel: (215) 600-2817
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

cc: All parties via ECF

Encl.

**2**