UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY VANDERHOEF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA AUTO LOGISTICS INC., et al.,<br><br>Defendants. | Case No: 2:18-cv-10174-CCC-ESK<br><br>Honorable Claire C. Cecchi, U.S.D.J. |

**ORDER GRANTING PLAINTIFFS' REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

The Court, having considered the request by Lead Plaintiffs Zhengyu He, Harold Brooks Moss, and Andrew Pagliara ("Plaintiffs") for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), HEREBY ORDERS as follows:

1. This Action is dismissed with prejudice as to Defendant Howard S. Barth ("Barth") and without prejudice as to Defendants China Auto Logistics Inc., Tong Shiping, Wang Xinwei, Cheng Weihong, Lv Fuqi, Yang Lili, and Bai Shaohua;

2. The Court retains jurisdiction for the sole purpose of enforcing the Settlement Agreement between Plaintiffs and Barth.

3. All parties are to bear their own costs, fees, and expenses.

4. No further notice of this dismissal or the Settlement Agreement is required as: (a) Plaintiffs are settling and dismissing their individual claims; and (b) the putative class has not been certified.

**IT IS SO ORDERED.**

Dated: 8/12/2022

HON. CLAIRE C. CECCHI
U.S. DISTRICT COURT JUDGE